**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**


**NANCY ALLISON McCALL,**

     **Petitioner,**

**vs.**                           **Case No. 4:13cv619-MW/CAS**

**J.V. FLOURNOY, Warden,**

     **Respondent.**

_____/


## REPORT AND RECOMMENDATION

This cause is before me upon referral from the Clerk.  In an order filed January 7, 2014, Petitioner was directed to file either pay the $5.00 filing fee or, alternatively, file a motion to proceed in forma pauperis by February 6, 2014.  Doc. 6.  Petitioner was specifically warned that a recommendation would be made that this case would be dismissed if there was a failure to comply with that order.  To date, no response has been received from the Petitioner.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute.  Link v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962).  Fed. R. Civ. P. 41(b) authorizes a district court to dismiss an action for failure to obey a court order.  Moon v. Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert.*

*denied*, 493 U.S. 863 (1989). Petitioner did not comply with an order or to prosecute this case. As a result, his petition should be dismissed without prejudice.

Petitioner shall have a 14 day period after service of this report and recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for this failure to respond. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on February 18, 2014.


s/ Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.