IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**NANCY ALLISON McCALL,**

    **Petitioner,**

v.                                                  **CASE NO.  4:13-cv-619-MW/CAS**

**J. V. FLOURNOY, Warden,**

    **Respondent**.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No. 7, filed February 19, 2014.   Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** for Petitioner's failure to respond to an order of the Court."  The Clerk shall close the file.

**SO ORDERED on March 18, 2014.**

                                                                     **s/Mark E. Walker**
                                                                     **United States District Judge**