IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NANCY ALLISON McCALL,

    Petitioner,

v.                         CASE NO.  4:13cv619-MW/CAS

J. V. FLOURNOY, Warden,

    Respondent.

_____/

**ORDER ACCEPTING AND ADOPTING REPORT AND
RECOMMENDATION**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No. 12, filed August 14, 2014.   Upon consideration, no objections having been filed by Petitioner,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Petitioner's motion requesting a modification of sentence, ECF No. 11, is **DENIED**.  The Clerk shall close the file.

SO ORDERED on September 15, 2014.

                                        **s/Mark E. Walker              **
                                        **United States District Judge**